**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 17-6475**

———————

STERLING L. SINGLETON,

            Plaintiff - Appellant,

      v.

PATRICIA BROWN, Lieutenant,

            Defendant - Appellee.

———————

Appeal from the United States District Court for the District of South Carolina, at Beaufort.  J. Michelle Childs, District Judge.  (9:15-cv-02723-JMC)

———————

Submitted:  March 13, 2018                    Decided:  March 15, 2018

———————

Before NIEMEYER, KING, and WYNN, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Sterling L. Singleton, Appellant Pro Se.  Peter Michael Balthazor, Roy F. Laney, RILEY, POPE & LANEY, LLC, Columbia, South Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Sterling L. Singleton appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Singleton v. Brown*, No. 9:15-cv-02723-JMC (D. S.C., Mar. 10, 2017). We deny Singleton's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
